# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:** _____ **Category No.** II **Investigating Agency** ATF

**City** Stoughton, Taunton, Brockton, Raynam

**County** Bristol, Norfolk, Plymouth

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 23-5326-JGD
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____ ☐ Yes ☑ No

## Defendant Information:

**Defendant Name** Malcom Desir    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** 102 Ferris Avenue, #3, Brockton MA 02302

**Birth date (Yr only):** 1991    **SSN (last 4#):** 2512    **Sex:** M    **Race:** _____    **Nationality:** USA

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information

**AUSA:** Luke A. Goldworm    **Bar Number if applicable:** 677657

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** Not in Custody

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 11/1/2023    **Signature of AUSA:** _/s/_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Malcolm Desir

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 922(g)(1) | possesion of a firearm by a felon | 1 |
| Set 2 | 18 USC 933 | trafficking in firearms | 1 |
| Set 3 | 21 USC 841(a)(1) | distribution & poss. w/intent to distribute a controlled substance | 1 |
| Set 4 | 21 USC 846 | conspiracy to dist. & poss. w/intent to dist. a controlled substance | 1 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**